UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

----------------------------------------------------------------

| | |
|---|---|
| *Pirraglia v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-10925-DRH-PMF | **Judge David R. Herndon**<br><br>**ORDER** |
| *Sanabria v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-11048-DRH-PMF | |
| *Sebastian v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-11162-DRH-PMF | |

## ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, Chief Judge:**

Movant seeks leave to withdraw as counsel of record for the plaintiffs in the above captioned cases. After considering the movant's motions, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The motions are therefore **GRANTED.**

**Further,** the Court **ORDERS** as follows:

1. The Court directs movant to serve a copy of this order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

2. **Supplementary Entry of Appearance:** Should plaintiffs choose to continue pursuing this action, plaintiffs or their new counsel **must file a supplementary entry of appearance within 21 days** of the entry of this Order.

3. **Production or Discovery Extensions**: No production or discovery extensions are requested.

4. **If plaintiffs or their new counsel fail to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiffs' action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.**

5. **Further, if after 21 days of the entry of this Order, the plaintiffs are not in compliance with the requirements of CMO 12, CMO 60 or CMO 61, their actions will be subject to dismissal WITH PREJUDICE in accord with the provisions of those case management orders**.

   **SO ORDERED:**

   Digitally signed by David R. Herndon
   Date: 2014.09.10 19:34:42 -05'00'

**Chief Judge**                                     Date:  September 10, 2014
**United States District Court**